SCANNED at BCF and Emailed on
8/5/24 by Pm - 29 pages.
(date) (initials) (num)

# COMPLAINT FORM

(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF INDIANA

(Full name of plaintiff(s))

THOMAS T. TEAGUE SR.

vs

(Full name of defendant(s))

Sgt W. Jones, Michelle Woodland, Nathan Hoffman, Matthew Brown, Danny Mitchell

FILED
08/05/2024
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Case Number:

3:24-cv-00134-RLY-CSW

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of INDIANA, and is located at
(State)

21390 old STATE Rd. 37 Branchville, IN 47514
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant Sgt W. JONES.
(Name)

2.) Michelle Woodland (Therapeutic Director)
21390 old STATE Rd. 37
Branchville, In 47514

3.) Nathan Hoffman
21390 old STATE Rd. 37
Branchville, In 47514

4.) Danny Mitchell (Warden/superintendent)
21390 old STATE Rd. 37
Branchville, In 47514

5.) Matthew Brown (Rep. of Central office)
Government Building
302 W. Washington STreet
Indianapolis, In 46204

is (if a person or private corporation) a citizen of INDIANA
(State, if known)

and (if a person) resides at 21390 Old STATE Rd. 37
BRANCHVILLE, In 47514 (Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for Branchville Correctional Facility / I.D.O.C
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:

1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On 3-29-24, between 8:05pm - 8:30pm, Sgt W. Jones was utilizing the metal detecters outfront of the Multi purpose building (MPB). While standing in line to receive our diabetic sacks, I witnessed several caucasion offenders pass through the detecters (which lit up) and neither Sgt W. Jones or Sgt Huff addressed the issue of the lights going off. Several of the African American offenders were discussing how they were allowing the caucasion offenders to continue on without being stopped or checked. When it came time for me to pass through the detecters, they lit up. Sgt W. Jones instructed me to pass through them again. I did and they lit up again.

He instructed me to do it a 3rd time and it lit up again. Sgt Jones instructed me again and I said no and asked if he wanted to search me, and he responded with no. He then stated that I would continue to do it until I clear the detecters. We began to converse back and forth with one another and he asked me if I wanted to be sent back to the dorm without my HS sack. I stated that he could not deny me a medical treatment and he said, "you wanna bet!" He then threatened to send me to segragation - all because he did not want to do his job and pat me down to verify that I was clean. Jones instructed for me to go through the detecters. This time, I noticed that it only lit up on a specific side, so I then seduced that it had to be my watch that was setting it off. I then inform Jones that it was my watch that was setting it off. I lifted my left arm up enough to the point that it set off the detecters. I then walked through the detecters to receive my HS sack from Sgt Haff and Jones asked me to take off my watch and walk through the detecters again. I asked if he was serious and he responded yes. I told Jones no, and that I'm not gonna be his circus act. He asked if I wanted to go to seg and I stated that It would

be his choice not mine, and the people waiting in line began to laugh again about the situation. Sgt Jones did not like me telling him that he did not put the caucasion offenders through this type of treatment so he told me to shut up. I then told him to shut up and not to be made because I'm calling him out showing that he is racist. Jones then said that was enough and asked Sgt Huff for his cuffs - which he did not receive because he was too busy trying to chase me up the hill and telling me to stop and cuff up. By this time, I was at the top of the hill. I then turned around and asked him for what reason am I being cuffed. "I said cuff up" was Jones response. I asked him again and he said the same answer. By then, ofc. Swartz was in view of the situation, witnessing Sgt Jones taking a step back and putting his hand on his mace. I asked Sgt Jones was he going to mace me for asking him why I was being cuffed and sent to RHU and Jones responded yes. I then laughed at Jones for threatening me - that he was going to spray me for saying what I said. All of this is because of his racism, his dislike of me standing up for my own rights, and for the other offenders laughing at him for his juvinile and racist behavior. I was being cuffed, taken to RHU (seg), stripped naked, asked to bend over so a man can look at my but hole, cuffed up again - but this time with a leash attached to the cuffs, to were I'm walked liked a dog to a empty open cell that is used for segregation rec time. There is no running water or even a toilet for me to use. I did nothing wrong. I did not violate any rule or Policy. I was being treated like this only because Jones wanted to do soo as a means of punishment for what I said to him. This is retaliation.

Michelle Woodland in this case was the Acting Grievance Specialist who was in charge of investigating this claim, reviewing the camera footage, the one who

denied - not only my claim, but my request for the footage to be saved as evidence and for showing personal opinion which demanstrates being partial to her decision. Nathan Hoffman for agreeing along with Woodland which also demanstrates the lack of concern for such a claim. He did not confirm an investigation was down on his part which is mandated by policy to be done. For allowing Woodland to violate policy by deniing my request for the footage to be saved as evidence to this claim. There was not any formal interview of any witnesses that was present. No statements mentioned by the defendent of why he acted in the manner that he did or why I was being treated as such. Matthew Brown being the final review should have demanstrated a more indepth investigation in this claim rather than repeating the statement made by the acting Grievance Specialists (Woodland) like he did. He did not show that he adequatly reviewed the matter rather than merely agreeing with the decision. Then there is Danny Mitchell, he is the Superintendent of the Branchville facility which means that the staff, along with their actions/behaviors, reflect his own character. There should be nothing done or approved without his knowledge. In a claim like this matter, should be a claim that he should be aware or notified of. His ~~option~~ opinion should be warrented and any statement and or response should be verified by him. This means that he agrees with his staff members in allowing behavior such as this to go on.

I am suing for Racist Acts, retaliation, humiliation, cruel and unreasonable punishment, emotional distress, and violation of due process under the 14th Amendment along with the violation of the 8th Amendment.

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $__________.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I want the Defendants to know that this type of behavior is unbecoming of any STAFF member or Incarcerated Individual. Racism and Retaliation along with the violation of any Constitutional right is a stain on the ethical standing of our Society. And there is no amount of money that can satisfy being violated, disrespected, humiliated, and being treated less than a human being, but as a wake up call and an Aknowledgement of being wrong - I now request to be compensated for all of which I was violated. I ask that Sgt W. Jones pay the sum of $50,000. Michelle Woodland the sum of $75,000, Nathan Hoffman $75,000, Danny Mitchell the sum of $100,000, And Mathew Brown the sum of $125,000.

For the total sum of $425,000 to be paid in full or in increments of $10,000 per month until the total sum has been met. I also ask that "All" staff members be retrained on how to deal with the general population so that this incident will not happen again. I do not wish to be retaliated against for exercising my rights or for merely voicing my opinion. Not to be transferred because of the outcome of this case, unless I level down and have been approved to be transferred to a lower level facility.

E. JURY DEMAND

☒ Jury Demand - I want a jury to hear my case

OR

☐ Court Trial – I want a judge to hear my case

Dated this 5th day of August 2024.

Respectfully Submitted,

[signature]
Signature of Plaintiff

145334
Plaintiff's Prisoner ID Number

21390 old STATE Rd. 37
Branchville, In 47514
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.